### PEOPLE v. CRAIG.

(Supreme Court, General Term, Second Department. May 8, 1893.)

Proceeding by the people against John Craig.

No opinion. Appeal dismissed.

---

### VERPLANCK, Respondent, v. FARRELL et al., Appellants. (No. 1.)

(Supreme Court, General Term, Second Department. May 8, 1893.)

Action by Kate B. Verplanck against William Farrell, James F. Farrell, and Matthew Farrell to recover rent alleged to be due for the months of February and March, 1891. Plaintiff had leased the premises to one William P. Robinson for five years from April 1, 1888. Robinson assigned the lease in 1889 to defendants, who agreed to pay the rent to plaintiff monthly. There was a judgment for plaintiff, and defendants appeal.

No opinion. Appeal dismissed. Barnard, P. J., not sitting.

---

### VERPLANCK, Respondent, v. FARRELL et al., Appellants. (No. 2.)

(Supreme Court, General Term, Second Department. May 8, 1893.)

Action by Kate B. Verplanck against William Farrell, James F. Farrell, and Matthew Farrell to recover rent. The facts of this case are the same as those of No. 1, supra, except that in this case plaintiff sues for the rent from December 1, 1891, to April 1, 1892. There was a judgment in favor of plaintiff, and defendants appeal.

No opinion. Appeal dismissed. Barnard, P. J., not sitting.

---

### ALDEN, Appellant, v. CLARK et al., Respondents.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by George Alden, receiver, against Edward K. Clark and John Le Grange.

No opinion. Order on each appeal amended by adding a provision that the respondent, within 20 days after the entry and service of this order, and upon payment of the costs awarded against him, may amend his answer. Balance of motion denied. See 23 N. Y. Supp. 1149.

---

### ALSOP, Respondent, v. ALSOP, Appellant.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Elizabeth B. Alsop against Charles R. Alsop.

No opinion. Judgment and order affirmed, with costs.

---

### BEARDSLEE et al., Appellants, v. DOLGE, Respondent.

(Supreme Court, General Term, Fourth Department. May 13, 1893.)

Action by Helen C. Beardslee and Guy R. Beardslee against Henry A. Dolge.

No opinion. Judgment affirmed, with costs. Hardin, P. J., not voting. Following opinion of Martin, J., on former appeal. 20 N. Y. Supp. 161.